IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FOX RIDGE HOLDINGS, L.L.C.**                                                                                    **PLAINTIFF**

v.                              Case No. 4:14-cv-00598 KGB

**TRAVELERS PROPERTY CASUALTY**
**COMPANY OF AMERICA**                                                                                  **DEFENDANTS**

## ORDER

Before the Court is plaintiff's motion to dismiss without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) (Dkt. No. 5).  Accordingly, the Court dismisses this action without prejudice.

SO ORDERED this the 10th day of December, 2014.

_____
Kristine G. Baker
United States District Judge